```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   UNITED STATES OF AMERICA,                                  :
                                                              :
                                                              :
              -v-                                             :        1:16-cr-680-GHW-3
                                                              :
                                                              :
   SINOHE ANTONIO ARAUJO MEZA,                                :        ORDER
                                                              :
                                      Defendant.              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/12/2022

GREGORY H. WOODS, United States District Judge:

A remote proceeding is scheduled in this matter on January 13, 2022 at 10:30 a.m. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code: 7470200#.

SO ORDERED.

Dated: January 12, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge