```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2022
```

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

               -v-

SINOHE MEZA,
                            Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE**

16-CR-680 (GHW)

Defendant SINOHE MEZA hereby voluntarily consents to participate in the following proceeding via videoconferencing or teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

*SINOHE MEZA*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

SINOHE MEZA
Print Defendant's Name

*/s/ H. Leader*
Defense Counsel's Signature

HOWARD LEADER
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing or teleconferencing technology.

January 14, 2022
Date

_____
U.S. District Judge