USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                            :

UNITED STATES OF AMERICA          :

                                                            :                   1:16-cr-680-GHW-3

                     -against-                         :

                                                            :                         <u>ORDER</u>

SINOHE ANTONIO ARAUJO MEZA,    :

                                                            :

                                       Defendant.:
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

It is hereby ORDERED that the proceeding scheduled to take place on **April 26, 2022** at **10:30** will take place on the Zoom videoconference platform.  To access the conference, paste the following link into your browser:

**https://www.zoomgov.com/j/1601079548**

To use this link, you may need to download software to use the platform's videoconferencing features.  Participants are directed to test their videoconference setup in advance of the conference—including their ability to access the link above.  Defense counsel shall assist the defendant in testing his or her videoconference capability so that the defendant can participate by videoconference if that is feasible.

When you successfully access the link, you may be placed in a "virtual lobby" until the conference begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Zoom.  For general guidelines for participation in remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

Members of the press, public, or counsel may access the conference's audio using the following credentials:

    Call-in number:   888-557-8511
    Access Code:    747-0200 followed by the pound (#) key

The Court requests that members of the public consider accessing the conference by telephone, rather than through the Zoom videoconference platform. While the proceeding is accessible to the public through the Zoom videoconference platform, the inclusion of many participants on the videoconference platform can reduce the quality of the video stream for the parties and their respective counsel.

Dated: April 25, 2022

                _____
                GREGORY H. WOODS
                United States District Judge