```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                              :

UNITED STATES OF AMERICA       :

                                              :          1:16-cr-680-GHW-3

             -against-                :
                                              :              <u>ORDER</u>

SINOHE ANTONIO ARAUJO MEZA,  :

                                    Defendant.:
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

     A status conference is scheduled for June 24, 2022 at 12:00 p.m.

     SO ORDERED

Dated: April 26, 2022
       New York, New York

                                                         _____
                                                            GREGORY H. WOODS
                                                        United States District Judge