UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                  :

    UNITED STATES OF AMERICA,            :
                                                    :
                                                    :
                      -v-                          :
                                                      :
                                                        :

    SINOHE ANTONIO ARAUJO MEZA,      :
                                                        :
                          Defendant. :
------------------------------------------------------------- X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED:    6/21/2022 |

1:16-cr-680-GHW-3

ORDER

GREGORY H. WOODS, United States District Judge:

The remote proceeding scheduled in this matter for June 24, 2022 is adjourned to September 13, 2022 at 10:00 a.m.  Members of the public who wish to audit the proceeding may do so using the following dial-in information:  (888) 557-8511; Access Code:  7470200#.

SO ORDERED.

Dated:  June 21, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge