# MEMORANDUM ENDORSED

**HOWARD LEADER**
ATTORNEY AT LAW
16 MADISON SQUARE WEST
SUITE 1202
NEW YORK, NEW YORK 10010
TELEPHONE (646) 533-7696
FACSIMILE   (646) 590-9676
E-MAIL HOWARD.LEADER@GMAIL.COM

**FILED VIA ECF**

Hon. Gregory H. Woods
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2022

September 11, 2022

<u>United States v. Sinohe ARAUJO-MEZA, *et al*.</u>
(S5) 16 Cr. 680 (GHW)

Dear Judge Woods:

    As the Court is aware, this matter is currently scheduled for a status conference via video-remote the morning of September 13, 2022 at 10:00am. Mr. Araujo-Meza's codefendant, Cornelio Cazares-Madrid, is scheduled for a video-remote status conference to follow at 11:00am on the same day. This letter is submitted to request that Mr. Araujo-Meza's status conference be cancelled and that his sentencing be scheduled for the same date the Court fixes for Mr. Cazares-Madrid.

    The Court should be aware that the government had originally consented to sixty (60) days approximately to permit counsel an adequate opportunity to prepare submissions. However, new counsel have now filed their Notices of Appearance on behalf of Mr. Cazares-Madrid. Conversations with them suggest that a sentencing date in late December might be more appropriate.

    Accordingly, assuming that the Court grants the anticipated request for change of counsel by Mr. Cazares-Madrid during his status conference on September 13, we ask that the Court also schedule sentencing for Mr. Araujo-Meza for the same date in December, other than during the week of December 12, when counsel is not available.

    Otherwise, we ask for any date from November 14, 2022 onward that is convenient to the Court.

    In either instance, we ask that sentencing take place in person.

      We thank the Court for its kind consideration.

                                  Respectfully submitted,

                                           /s/
                               HOWARD LEADER

cc:    All counsel of record
                              (VIA ECF)

Application denied. The September 13, 2022 conference will proceed as scheduled. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 99

SO ORDERED.

Dated: September 12, 2022  
New York, New York

                                     GREGORY H. WOODS  
                                  United States District Judge