| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>:<br>UNITED STATES OF AMERICA,  :<br>:<br>:<br>-v-  :<br>:<br>:<br>SINOHE ANTONIO ARAUJO MEZA,  :<br>:<br>Defendant.  :<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 9/12/2022<br><br><br>1:16-cr-680-GHW-3<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

A remote proceeding is scheduled in this matter on September 13, 2022 at 10:00 a.m. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code: 7470200#.

SO ORDERED.

Dated: September 12, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge