**Howard Leader**
**Attorney at Law**
**534 West 112th Street**
**P.O.B. 890254**
**New York, New York 10025**
**Telephone (646) 533-7696**
**Facsimile   (646) 590-9676**
**E-mail howard.leader@gmail.com**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2023

**FILED VIA ECF**

# MEMORANDUM ENDORSED

Hon. Gregory H. Woods
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

April 12, 2023

United States v. Sinohe ARAUJO-MEZA, *et al.*
(S5) 16 Cr. 680 (GHW)

Dear Judge Woods:

As the Court is aware, I am counsel of record to the above-referenced individual. Mr. Araujo-Meza is currently scheduled for sentencing on April 27, 2023, and defense submissions are due tomorrow, April 13, 2023. His codefendant, Cornelio Cazarez-Madrid, has the same dates. For the reasons that follow, I now write, most respectfully, to submit this letter to request that the sentencings and submission date be adjourned until early June.

My understanding is that the government does not object to this request.

Unfortunately, I have been out of state for the last several weeks attending to a medical emergency in my immediate family, involving my mother. She died on April 10, 2023 and I am now focused primarily on arrangements for her funeral, which will take place tomorrow, April 13, 2023.

The Court also has before it a motion to withdraw as counsel filed on behalf of Mr. Cazares-Madrid on April 7, 2023. Dkt. #118. Prospective in-coming counsel filed a motion requesting the relief sought here on the same date. Dkt. #116.

During the pendency of this case, the defendants have always proceeded together on the same day if not at the same time, and we ask that the Court continue this practice with regard to sentencing.

We thank the Court for its kind consideration.

Respectfully submitted,

/s/
HOWARD LEADER

cc:    All counsel of record

(VIA ECF)

Application granted.  The sentencing hearings for Mr. Cazarez-Madrid and Mr. Araujo-Meza are adjourned to June 5, 2023 at 10:00 a.m. and 1 p.m. respectively.  Each of the defendants' sentencing submissions are due no later than three weeks prior to sentencing; the Government's sentencing submissions are due no later than two weeks prior to sentencing.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 116 and 119.

SO ORDERED.
Dated:  April 12, 2023
New York, New York

_____
        GREGORY H. WOODS
     United States District Judge

- 2 -