**MEMORANDUM ENDORSED**

**HOWARD LEADER**
ATTORNEY AT LAW
534 WEST 112TH STREET
P.O.B. 890254
NEW YORK, NEW YORK 10025
TELEPHONE (646) 533-7696
FACSIMILE (646) 590-9676
E-MAIL HOWARD.LEADER@GMAIL.COM

**VIA ECF**

Hon. Gregory H. Woods
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  5/15/2023
```

May 15, 2023

<u>United States v. Sinohe ARAUJO-MEZA, et al.</u>
(S5) 16 Cr. 680 (GHW)

Dear Judge Woods:

As the Court is aware, sentencing in this matter is scheduled for June 5, 2023 and defense submissions are due today, May 15, 2023. with the government's submissions one week from today. For the reasons that follow, I now write, most respectfully, to request that the submission dates be pushed back by one week. Counsel for codefendant Cornelio Cazares Madrid joins in the request and the government consents.

Following the death of my mother, on April 13, 2023, I wrote requesting that sentencing and submissions be adjourned until early June and, indeed, the Court was kind enough to set sentencing for June 5. I had thought I would have enough time to complete my submission by today's deadline. Unfortunately, that has not proven to be the case. The issues are numerous and complex. I am also advised there are documents from Mexico arriving this week that will require translation.

For these reasons, I must ask the Court to permit the defense another week for its submissions and also permit the government a further seven (7) days to respond

accordingly. I apologize for the last-minute nature of the request and also for the inconvenience this causes, and thank the Court for its consideration.

Respectfully submitted,

*[signature]*

HOWARD LEADER

cc: All counsel of record via ECF

Application granted. The deadline for the defendants to file their sentencing submissions is extended to May 22, 2023; the deadline for the Government to file its sentencing submissions is extended to May 29, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 122.

SO ORDERED.

Dated: May 15, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge