UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2026

UNITED STATES OF AMERICA,

-v-

SINOHE ANTONIO ARAUJO MEZA,

Defendant.

1:16-cr-680-GHW-3

ORDER

GREGORY H. WOODS, United States District Judge:

On June 5, 2023, the defendant was sentenced principally to a term of imprisonment of 360 months.

On April 17, 2026, the defendant filed a motion (the "Motion") requesting that this court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline amendment which went into effect on November 1, 2023 and applies retroactively. Dkt. No. 152. The United States Probation Department has issued a report indicating that the defendant is not eligible for a sentence reduction.

The Court has considered the record in this case, and the Motion, pursuant to 18 U.S.C. § 3582(c)(2).

It is hereby ORDERED that the defendant is ineligible for a reduction in his sentence pursuant to Amendment 821 for two reasons. First, the defendant did not receive an enhancement for committing the instant offense while under a criminal justice sentence. Second, the defendant is not eligible for a zero-point offender offense level reduction because he does not meet the criteria set forth in USSG Section 4C1.1(3), (4) and (7). As a result, the Motion is denied.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 152, and to mail a copy of this order, together with the Court's order filed at Dkt. No 154, to Mr. Araujo Meza by first class mail.

SO ORDERED.

Dated:  April 28, 2026
          New York, New York

GREGORY H. WOODS
United States District Judge

2